UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kimberly Trawick, )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>Alltel Communications, Inc., )<br>Stephen Booker, Brian Franklin, )<br>and LaTasha Cook, )<br>)<br>　　　　Defendants. )<br> | Civil Action No. 05-cv-2629-MBS-BM |

**CONSENT ORDER OF DISMISSAL**

This matter comes before the Court based upon the agreement and consent by Kimberly Trawick, Plaintiff, and Defendants, Alltel Communications, Inc, Stephen Booker, Brian Franklin, and LaTasha Cook that all claims in this lawsuit be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. With the dismissal of this claim, the case is now dismissed with prejudice in its entirety.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims against Alltel Communications, Inc, Stephen Booker, Brian Franklin, and LaTasha Cook are dismissed with prejudice and that this case is now dismissed in its entirety with prejudice under Federal Rule of Civil Procedure 41.

　　　　　　　　　　　　　　　　　　　　/s/ Margaret B. Seymour
　　　　　　　　　　　　　　　　　　　　United States District Judge

Columbia, South Carolina
February 17, 2006

WE CONSENT:

| | |
|---|---|
| s/Katherine Dudley Helms | s/Fred A. Walters, Esq. |
| Federal Court ID No. 1811 | Federal Court ID No. 4514 |
| Ogletree, Deakins, Nash, Smoak, | The Law Offices of |
| & Stewart, PC | Fred A. Walters, LLC |
| 1320 Main Street, Suite 600 | 1426 Richland Street |
| Columbia, SC  29201 | Columbia, SC  29201 |
| 803.252.1300 / 803.254.6517 fax | 803. 771.6690 / 803. 771.2259 fax |
| kathy.helms@odnss.com | faw@fawlawfirm.com |
| **Attorney for Defendant** | **Attorney for Plaintiff** |