AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Kimberly Trawick,

    Plaintiff,

vs.

Alltel Communications, Inc.;
Stephen Booker; Brian Franklin;
and LaTasha Cook,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:05-2629-MBS-BM

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]     **Decision on the Record.** This action came before the Court, the Honorable Margaret B. Seymour, US District Judge, presiding, on the record. The parties having consented to dismissal,

    **IT IS ORDERED AND ADJUDGED** that the plaintiff, Kimberly Trawick, take nothing of the defendants, Alltel Communications, Inc.; Stephen Booker; Brian Franklin; and LaTasha Cook, and this action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

    LARRY W. PROPES, Clerk

    By: s/Charles L. Bruorton
           Deputy Clerk

February 22, 2006